# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | CIVIL ACTION NO. 1:08-CV-945 |
| **Plaintiff** : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **MARY C. STERNER**, : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 11th day of May, 2009, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 12) to confirm the March 12, 2009, United States Marshal sale of the foreclosed real property, located at 406 East 4th Street, Berwick, Pennsylvania, is GRANTED. The United States Marshal is directed to execute and deliver to FRED M. MALATESTA, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of MARY C. STERNER in and to the premises sold, located at 406 East 4th Street, Berwick, Pennsylvania 18603. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

                                                 S/ Christopher C. Conner
                                                 CHRISTOPHER C. CONNER
                                                 United States District Judge