# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:08-CV-945** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **MARY C. STERNER,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 19th day of July, 2010, upon consideration of plaintiff's motion for disbursement of funds (Doc. 14) from the sale of real property located at 406 East 4th Street, Berwick, Pennsylvania, and of the order of court dated May 11, 2009 (Doc. 13), confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 14) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 14).

   S/ Christopher C. Conner
   CHRISTOPHER C. CONNER
   United States District Judge